David A. Birdsell, Chapter 7 Trustee
216 N. Center
Mesa, Az. 85201
480-644-1080 / 480-644-1082 (fax)
dab@azbktrustee.com

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| WOJTYNA, GEORGE JEFFEREY | ) | Case No. 10-01232-PHX GBN |
| | ) | |
| | ) | TRUSTEE'S WITHDRAWAL OF |
| | ) | REPORT OF NO DISTRIBUTION |
| Debtor(s) | ) | AND MOTION TO REOPEN CASE |
| | ) | |

   DAVID A. BIRDSELL, Trustee of the above-captioned estate, has previously filed a Report of No Distribution. The Trustee has learned that there are now assets to be administered. The Trustee hereby withdraws the Report of No Distribution and moves to reopen this case so that these assets may be administered.

   There are insufficient funds in the estate to pay the reopening fee at this time.

| | |
|---|---|
| August 16, 2010 | /S/ DAVID A. BIRDSELL |
| Date | DAVID A. BIRDSELL, Trustee |