**ORDERED ACCORDINGLY.**



**Dated: August 17, 2010**

_____
**GEORGE B. NIELSEN, JR**
**U.S. Bankruptcy Judge**
_____

David A. Birdsell, Chapter 7 Trustee
216 N. Center
Mesa, Az. 85201
480-644-1080 / 480-644-1082 (fax)
dab@azbktrustee.com

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| WOJTYNA, GEORGE JEFFEREY | ) | Case No. 10-01232-PHX GBN |
| | ) | |
| | ) | ORDER REOPENING CASE |
| | ) | |
| Debtor(s). | ) | |

This case having been closed and the Trustee having moved to reopen the case as the Trustee now has assets to be administered.

IT IS **ORDERED** that the above captioned case be reopened. The filing fee due upon reopening of the case shall be paid by the Trustee from the estate. If there are insufficient estate funds to pay the fee at this time, the Trustee shall pay the fee as soon as there are sufficient estate funds.

IT IS **FURTHER ORDERED** that the Trustee be appointed to administer those assets.


_____
Dated

_____
GEORGE B. NIELSEN JR.
United States Bankruptcy Judge

COPIES mailed on _____ to:

Debtor:             WOJTYNA, GEORGE JEFFEREY, 35906 W HADLEY ST., TOHONPAH, AZ
                    85354
Debtor Attorney:    GREGORY ALLEN MALKIN, 2700 N 3RD ST, STE 2009, PHOENIX, AZ
                    85004
Trustee:            DAVID A. BIRDSELL, BANKRUPTCY TRUSTEE, 216 N. CENTER, MESA, AZ
                    85201
Trustee Attorney:   N/A
U.S. Trustee:       ILENE LASHINSKY
                    230 N. 1ST AVE., STE. #204, PHOENIX, AZ 85003
By: _____
     Bankruptcy Trustee